Case 3:21-cv-00116-BAJ-SDJ   Document 1-1   02/23/21   Page 1 of 3

169176   A

| LISA LEBLANC | SUIT NUMBER:          DIV: |
|---|---|
| | 21ST JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF LIVINGSTON |
| WAL-MART LOUISIANA, LLC AND JANE DOE | STATE OF LOUISIANA |

**PETITION FOR DAMAGES**

The petition of **LISA LEBLANC**, a resident of the lawful age of majority of the Parish of Livingston, State of Louisiana respectfully represents that:

**1.**

The defendant, **WAL-MART LOUISIANA, LLC,** is a foreign corporation authorized to do and doing business in the State of Louisiana, who may be served through its registered agent CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

**2.**

The defendant, **JANE DOE**, an unknown manager/employee of the defendant, **WAL-MART LOUISIANA, LLC,** to be identified at a later date, but upon information and belief is a resident of the State of Louisiana.

**3.**

On or about June 13, 2020, the plaintiff, LISA **LEBLANC**, was shopping in the **WAL-MART LOUISIANA, LLC** (Store No. 2822) in Walker, Louisiana when she was struck by a grocery dolly stacked with on line grocery purchase items while bent down to select an item from the bottom of the grocery shelf. This grocery dolly was being operated by an unknown **WAL-MART LOUISIANA, LLC** employee and caused the injuries and damages complained of herein.

**4.**

As a direct result of this accident petitioner, **LISA LEBLANC**, has suffered injuries to various parts of her body, including but not limited to her neck and back, as well as other unknown and grievous injuries to her body, all causing her severe pain and suffering.

**5.**

As a direct result of this accident, petitioner, **LISA LEBLANC**, sustained damages, which include but are not limited to the following, among others to be shown at the time of trial:

A)     Past medical expenses;

EXHIBIT "A"
TO NOTICE OF REMOVAL

B)    Future medical expenses;

C)    Past physical pain and suffering;

D)    Future physical pain and suffering;

E)    Disability;

F)    Past mental anguish;

G)    Future mental anguish;

H)    Loss of enjoyment of life;

**6.**

Additionally, petitioner avers that the accident resulting in her injuries, damages and expenses was caused solely and only by the negligent conduct of the defendant, **WAL-MART LOUISIANA, LLC** and **JANE DOE**.

**7.**

The defendants, **WAL-MART LOUISIANA, LLC and JANE DOE**, were negligent in the following particulars, among others to be shown at the time of trial:

A)    Failure to act with due care;

B)    Negligently operating a grocery dolly;

C)    Negligently failing to see the plaintiff;

D)    Failure to take reasonable measures to provide a safe environment for its customers;

E)    Other acts of negligence which are to be shown at the trial of this matter

all of which acts of negligence, among others, were the proximate cause of the accident, and petitioner's injuries, damages, and expenses.

**8.**

At the time of the accident herein sued upon, **JANE DOE** was working within the course and scope of her employment with the defendant, **WAL-MART LOUISIANA, LLC**.

**9.**

The defendant, **WAL-MART LOUISIANA, LLC**, is liable unto petitioner for all damages as are reasonable in the premises, plus legal interest from the date of judicial demand until paid and for all costs of this suit.

**WHEREFORE,** the plaintiff, LISA **LEBLANC,** prays for judgment herein in her favor and against the defendant, **WAL-MART LOUISIANA, LLC and JANE DOE,** for all damages as are reasonable in the premises, plus legal interest from the date of judicial demand until paid, for all costs of this suit, and for all other just and equitable relief permitted by law.

RESPECTFULLY SUBMITTED:

**FAYARD & HONEYCUTT**

By: _____

D. BLAYNE HONEYCUTT (18264)
COLT J. FORE (34288)
HANNAH E. HONEYCUTT (37731)
519 Florida Boulevard
Denham Springs, LA 70726
Telephone (225) 664-0304
Counsel for plaintiff

**SERVICE INFORMATION:**

**WAL-MART LOUISIANA, LLC**
      **Through its registered agent**
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA  70816

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this_____ 20___
_____
Deputy Clerk Of Court