**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LISA LEBLANC** | * | **CIVIL ACTION 3:21-cv-00116** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **WALMART LOUISIANA, LLC AND JANE DOE** | * | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| | * | **MAG: SCOTT D. JOHNSON** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ANSWER TO PETITION FOR DAMAGES AND JURY DEMAND**

NOW INTO COURT, through undersigned counsel, comes Defendant, Walmart Louisiana, LLC, (hereinafter "Walmart Louisiana"), who answers the Plaintiff's Petition for Damages as follows:

1.

The allegations of Paragraph 1 of the Petition for Damages are admitted.

2.

The allegations of Paragraph 2 of the Petition for Damages require no answer.

3.

The allegations of Paragraph 3 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

4.

The allegations of Paragraph 4 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

5.

The allegations of Paragraph 5 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

6.

The allegations of Paragraph 6 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

7.

The allegations of Paragraph 7 of the Petition for Damages are denied.

8.

The allegations of Paragraph 8 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

9.

The allegations of Paragraph 9 of the Petition for Damages are denied.

10.

Defendant desires and is entitled to trial by jury of all issues.

**AND NOW**, further answering Defendant avers:

11.

The accident and injuries complained of were caused by a person or persons for whom this Defendant has no responsibility.

12.

Plaintiff failed to mitigate her damages.

13.

Plaintiff was guilty of comparative fault, thus baring and/or diminishing her

recovery herein.

14.

Plaintiff's Petition fails to state a claim upon which relief can be granted.

**WHEREFORE,** Defendant, Walmart Inc., prays that its answer be deemed good and sufficient and after due proceedings had, there be judgment in favor of Defendant, dismissing Plaintiff's suit at Plaintiff's cost.

    Respectfully submitted,

    /s/Sidney J. Hardy
    **SIDNEY J. HARDY (#1938)**
    **McCRANIE, SISTRUNK, ANZELMO,**
    **HARDY, McDANIEL & WELCH**
    909 Poydras Street, Suite 1000
    New Orleans, LA 70112
    Telephone: (504) 831-0946
    Facsimile: (800) 977-88210
    Email: sjh@mcsalaw.com
    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 5th day of March, 2021.

    /s/Sidney J. Hardy
    SIDNEY J. HARDY